1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SERGIO ALFONSO DORANTES ZURITA | ) No. XR 07-90051 (JCS) MJJ<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER FOR EXTENSION OF TIME TO<br>) FILE POTENTIAL EXTRADITEE'S<br>) REPLY BRIEF<br>) |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, pursuant to the request of potential extraditee Sergio Alfonso Dorantes Zurita, that the time to file Potential Extraditee's Reply Brief be extended eight (8) days, from November 5, 2007, to and including November 13, 2007.

Dated: October 30, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS                         RIORDAN & HORGAN
United States Attorney


___/s/ Kyle Waldinger_____          ___/s/ Dennis P. Riordan_____
KYLE F. WALDINGER                         DENNIS P. RIORDAN
Assistant United States Attorney          Counsel for Potential Extraditee
                                          SERGIO ALFONSO DORANTES ZURITA

**IT IS SO ORDERED.**

Dated: __ 10/31 __, 2007

                                          _____
                                          HON. JOSE
                                          United State

Judge Joseph C. Spero

Stip. & Order for Extension
Case No. XR 07-90051 (JCS) MJJ