|   |   |
|---|---|
| 1 | DENNIS P. RIORDAN (SBN 69320) |
| 2 | DONALD M. HORGAN (SBN 121547) |
|   | GARY K. DUBCOFF (SBN 168089) |
| 3 | RIORDAN & HORGAN |
|   | 523 Octavia Street |
| 4 | San Francisco, CA 94102 |
|   | Telephone: (415) 431-3472 |
| 5 | Fax: (415) 552-2703 |

Attorneys for Potential Extraditee
SERGIO ALFONSO DORANTES ZURITA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SERGIO ALFONSO DORANTES ZURITA | ) No. XR 07-90051 (JCS) MJJ )<br>) STIPULATION AND [~~PROPOSED~~]<br>) ORDER AUTHORIZING TRAVEL FOR<br>) NOVEMBER 22, 2007<br>)<br>) |

IT IS HEREBY AGREED by the parties, through their undersigned counsel that potential extraditee Sergio Alfonso Dorantes Zurita ("Dorantes") be permitted to travel on November 22, 2007 to celebrate Thanksgiving. The following arrangements have been approved by United States Pretrial Services. Upon this Court's order, Pretrial Services and the United States have agreed to permit Dorantes to attend Thanksgiving dinner on November 22, 2007, at the Rowanski family home:

**725 Jonibe Road, Sebastopol, California**

**(707) 874-2701**

//
//
//
//

Dorantes will leave his residence at 4:00 p.m. and return home at 9:00 p.m. He will travel only to the Rowanski home.

Dated: November 16, 2007

| | |
|---|---|
| SCOTT N. SCHOOLS | RIORDAN & HORGAN |
| United States Attorney | |
| | |
| /s/ Kyle Waldinger | /s/ Dennis Riordan |
| KYLE F. WALDINGER | DENNIS P. RIORDAN |
| Assistant United States Attorney | Counsel for Potential Extraditee |
| | SERGIO ALFONSO DORANTES ZURITA |

**IT IS SO ORDERED.**

Dated: November 19, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

2