JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Complainant United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE THE EXTRADITION OF SERGIO ALFONSO DORANTES-ZURITA,<br><br>  a/k/a Sergio Dorantes Zurita,<br>  a/k/a Sergio Alfonso Dorantes Zurita,<br>  a/k/a Sergio Alonso Dorantes Zurita,<br>  a/k/a Sergio Dorantes | No. XR 07-90051 MISC (JCS) (MJJ)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXTRADITION HEARING AND TO AMEND BRIEFING SCHEDULE |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, and pursuant to the request of counsel for the Government of Mexico, Assistant United States Attorney Kyle F. Waldinger, as follows:

    1.    The date for the extradition hearing, currently set for April 18, 2008, shall be continued to May 30, 2008 at 9:30 a.m.

    2.    The date for the filing of the government's status report on the Mexican investigation, currently set for April 4, 2008, is re-set to May 16, 2008.

    3.    The response brief from Mr. Dorantes, currently due to be filed on April 11, 2008,

///

STIP. & [PROPOSED] ORDER
XR 07-90051 MISC (JCS) (MJJ)

1 | shall be filed on May 23, 2008.
2 | SO STIPULATED.
3 |
4 | DATED: 4/1/2008                    JOSEPH P. RUSSONIELLO
5 |                                    United States Attorney
6 |
7 |                                    */s/ KYLE F. WALDINGER*
                                       KYLE F. WALDINGER
                                       Assistant United States Attorney
8 |
9 | SO STIPULATED.
10 | DATED:                             RIORDAN & HORGAN
11 | 3/31/08
12 |
13 |                                    */s/ DENNIS P. RIORDAN*
                                        DENNIS P. RIORDAN
                                        Counsel for potential extraditee
                                        SERGIO ALFONSO DORANTES ZURITA
14 |
15 | IT IS SO ORDERED.
16 | DATED: April _1_, 2008
17 |                                    _____
                                        JOSEPH C. SPERO
                                        United States Magistrate Judge
18 |
...
28 |

STIP. & [PROPOSED] ORDER
XR 07-90051 MISC (JCS) (MJJ)                                        -2-