DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
GARY K. DUBCOFF (SBN 168089)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Fax: (415) 552-2703

Attorneys for Potential Extraditee
SERGIO ALFONSO DORANTES ZURITA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SERGIO ALFONSO DORANTES ZURITA | No. XR 07-90051 (JCS) MJJ<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR FILING SUPPLEMENTAL BRIEFS AND CONTINUANCE OF HEARING DATE |

    Due to scheduling conflicts the parties have agreed to extend the time for filing the supplemental briefs and continue the hearing in this matter.

    IT IS HEREBY AGREED that the government's status report on the Mexican investigation, currently due on May 16, 2008, will now be due June 16, 2008.

    The response brief from defendant, currently due to be filed on May 23, 2008, shall be filed June 23, 2008.

//

//

//

//

The hearing currently scheduled for May 30, 2008 is continued to June 27, 2008 at 9:30 a.m.

Dated: May 15, 2008      Respectfully submitted,

SCOTT N. SCHOOLS      RIORDAN & HORGAN
United States Attorney

  /s/ Kyle Waldinger        /s/ Dennis P. Riordan
KYLE F. WALDINGER      DENNIS P. RIORDAN
Assistant United States Attorney      Counsel for Potential Extraditee
     SERGIO ALFONSO DORANTES ZURITA

**IT IS SO ORDERED.**

Dated: May 15, 2008      _____
     HON. JOSEPH C. SPERO
     United States Magistrate Judge

Stip. & Order for Extension
Case No. XR 07-90051 (JCS) MJJ      2