JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234

Attorneys for Complainant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE<br>THE EXTRADITION OF SERGIO<br>ALFONSO DORANTES-ZURITA,<br><br>   a/k/a  Sergio Dorantes Zurita,<br>   a/k/a  Sergio Alfonso Dorantes Zurita,<br>   a/k/a  Sergio Alonso Dorantes Zurita,<br>   a/k/a  Sergio Dorantes<br><br>_____ | No. XR 07-90051 MISC (JCS)<br><br>STIPULATION AND [PROPOSED] ORDER<br>SETTING BRIEFING SCHEDULE |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, as follows:

1.    The date for the extradition hearing in this matter is currently set for September 10, 2008, at 11:00 a.m.

2.    Counsel for Dorantes will file his brief responding to the latest diplomatic note (and accompanying memorandum), docket entry 125, on or before 5:00 p.m. on August 27, 2008.

/ / /

/ / /

/ / /

/ / /

STIP. & [PROPOSED] ORDER
XR 07-90051 MISC (JCS)

3.     Counsel for the Government of Mexico will file any responsive brief on or before 5:00 p.m. on September 3, 2008.

SO STIPULATED.

DATED:  August 12, 2008                    JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                           _____/s/_____
                                           KYLE F. WALDINGER
                                           Assistant United States Attorney

SO STIPULATED.

DATED:  August 12, 2008                    RIORDAN & HORGAN


                                           _____/s/_____
                                           DENNIS P. RIORDAN
                                           Counsel for potential extraditee
                                           SERGIO ALFONSO DORANTES ZURITA

IT IS SO ORDERED.

DATED: August __12_, 2008                  _____
                                           JOSEPH C. SPERO
                                           United States Magistrate Judge

                                           Judge Joseph C. Spero

STIP. & [PROPOSED] ORDER
XR 07-90051 MISC (JCS)                                                    -2-